IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**COURTNEY ORLANDUS HUNT**                                                **PLAINTIFF**

**V.**                                                         **NO. 3:22-CV-163-DMB-RP**

**M.D.O.C. and NURSE CHANDLER**                                 **DEFENDANTS**

## ORDER

On or about July 12, 2022, Courtney Orlandus Hunt filed a complaint challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Doc. #1. On August 3, 2022, an order was entered advising Hunt that if he wished "to continue with this case he must sign [and return] the Acknowledgment (Form PSP-3)" or if he "decide[d] to dismiss this case, then he must sign [and return] the Motion to Dismiss (Form PSP-4)."[1] Doc. #7. The order warned Hunt that his "failure to return one or the other of the forms [to the Clerk of Court] within thirty (30) days will be deemed as a purposeful delay and contumacious act by [him] and may result in this case being dismissed *sua sponte*, without prejudice, without further written notice." *Id.* at 2. Despite this warning, Hunt failed to return the required forms. Consequently, on September 7, 2022, United States Magistrate Judge Roy Percy ordered Hunt to show cause within fourteen days "why his case should not be involuntarily dismissed as provided by Federal Rule of Civil Procedure 41(b)." Doc. # 8. Because, to date, Hunt has neither returned either form nor responded to the show cause order, this case is **DISMISSED without prejudice** pursuant to Rule 41(b) for Hunt's failure to prosecute and failure to comply with a court order.

---

[1] The appropriate forms were attached to the order and mailed to Hunt.

**SO ORDERED**, this 28th day of September, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

2