# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**COURTNEY ORLANDUS HUNT**                                                                                           **PLAINTIFF**

**V.**                                              **NO. 3:22-CV-163-DMB-RP**

**M.D.O.C. and NURSE CHANDLER**                                                            **DEFENDANTS**

## **FINAL JUDGMENT**

In accordance with the order entered this day, this case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with a court order.

**SO ORDERED**, this 28th day of September, 2022.

                                                                                              **/s/Debra M. Brown**
                                                                                              **UNITED STATES DISTRICT JUDGE**